UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL HAVER,

    Plaintiff,

v.

DAVISON INVENTION, et al.,

    Defendants.

_____/

Case No. 1:25-cv-427

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated: May 21, 2025

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge